# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| RICHARD WHITLEY,<br><br>    Movant,<br><br>v.<br><br>KPH HEALTHCARE SERVICES, INC.; CVS PHARMACY, INC.; RITE AID CORPORATION; RITE AID HDQTRS. CORP.; WALGREEN CO.; THE KROGER CO.; ALBERTSONS COMPANIES, INC.; H-E-B, L.P.; PETER STALEY; IVY KWAN ARCE; STEVE FULLER; GREGG S. GONSALVES, PHD; BRENDA EMILY GOODROW; ANDREW R. SPIELDENNER, PHD; ROBERT J. VAZQUEZ; JASON WALKER; MICHAEL WARNER; JACOB ZYDONIS; MICHAEL SNIPE; JOHN CARROLL; JOSH MCDONALD; JOHN DOE; GABRIEL MOLINA; TROY VAZQUEZ-CAIN; FRATERNAL ORDER OF POLICE MIAMI LODGE 20, INSURANCE TRUST FUND; LOCAL NO. 1 HEALTH FUND; TEAMSTERS LOCAL 237 WELFARE FUND; TEAMSTERS LOCAL 237 RETIREES' BENEFIT FUND; PIPE TRADES SERVICES MN WELFARE FUND; MSP RECOVERY CLAIMS, SERIES LLC; BLUE CROSS BLUE SHIELD ASSOCIATION,<br><br>    Respondents. | Civil Action No.<br>_____ |

## NON-PARTY DR. RICHARD J. WHITLEY'S OPPOSED MOTION TO QUASH

Pursuant to Fed. R. Civ. P. 26 and 45, Non-Party Dr. Richard J. Whitley seeks relief and protection from this Court related to the "Subpoena to Testify at a Deposition in a Civil Action" ("Subpoena") served upon Dr. Whitley by the Antitrust Plaintiffs in *Staley et al. v. Gilead Scis., Inc. et al.*, No 3:19-cv-02573 (N.D. Cal.) and other related matters (together, the "*Staley*

Actions"),[1] pending in the United States District Court for the Northern District of California. Dr. Whitley requests an Order from this Court quashing and relieving him of any obligation to appear for deposition pursuant to the Subpoena. As set out more fully in Dr. Whitley's contemporaneously-filed Memorandum of Law in Support of Motion to Quash ("Memorandum"), Dr. Whitley, a non-party, is a former member of Gilead Sciences, Inc.'s Board of Directors. Dr. Whitley has no recollection of any involvement with the subject of the testimony sought. Specifically, Dr. Whitley has neither recollection of nor documents in his possession related to the settlement of patent litigations regarding Gilead Sciences, Inc.'s patents for tenofovir disoproxil fumarate (TDF) and emtricitabine (FTC). Furthermore, Dr. Whitley regularly works over 80 hours per week for his positions at the University of Alabama at Birmingham and as the Chair and a member of the National Institutes of Health - National Institute of Allergy and Infectious Diseases COVID-19 Data Safety and Monitoring Board.

The Subpoena for Dr. Whitley's deposition in the *Staley* Actions should be quashed pursuant to the provisions and protections of Fed. R. Civ. P. 26 and 45 because it (1) fails to request information that is both relevant to the claims or defenses in the *Staley* Actions and proportional to the needs of the case, (2) would subject Dr. Whitley to undue burden, and (3) seeks testimony that is protected by the attorney-client privilege and work-product doctrines (to the extent any relevant testimony exists). Furthermore, Plaintiffs have already sought discovery (through depositions and extensive document productions) from the parties to the *Staley* Actions and other non-parties. Dr. Whitley's attestation regarding the facts supporting this motion is attached to the

---

[1] The subpoena was served on behalf of End-Payor Plaintiffs (19-cv-02573); Direct Purchaser Plaintiffs (20-cv-06961) and Retailer Plaintiffs (21-cv-07374; 21-cv-07378).

Memorandum as Exhibit 1.

As required by Fed. R. Civ. P. 26(c)(1), counsel for Dr. Whitley certifies that he has in good faith attempted to confer with counsel for the Antitrust Plaintiffs in an effort to resolve this dispute without Court action.

WHEREFORE, Dr. Whitley respectfully requests that this Court enter an Order quashing the Subpoena and relieving Dr. Whitley of any obligation to appear for a deposition in the *Staley* Actions.

Respectfully submitted this the 2nd day of March, 2022.

                                                     */s/ Augusta S. Dowd*
                                                   Augusta S. Dowd (ASB-5274-D58A)
                                                   Katherine R. Brown (ASB-4963-N77R)
                                                   Kristen O'Shaughnessy (*pro hac vice* forthcoming)

                                                   *Attorneys for Dr. Richard J. Whitley*

OF COUNSEL:
White Arnold & Dowd P.C.
2025 3rd Ave. N., Suite 500
Birmingham, AL 35203
Telephone: (205) 323-1888
adowd@whitearnolddowd.com
kbrown@whitearnolddowd.com

WHITE & CASE LLP
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
kristenoshaugnessy@whitecase.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 2nd, 2022, I served the foregoing Motion to Quash via first class United States Mail, postage prepaid, and by electronic mail on the following:

Daralyn J. Durie
Mark A. Lemley
David F. McGowan
Aditya V. Kamdar
Eugene Novikov
Durie Tangri LLP
217 Leidesdorff Street
San Francisco, CA 94111
(415) 362-6666
(415) 236-6300 (fax)
ddurie@durietangri.com
mlemley@durietangri.com
dmcgowan@durietangri.com
akamdar@durietangri.com
enovikov@durietangri.com

W. Henry Huttinger
Allyson Roz Bennett
DURIE TANGRI LLP
953 East 3rd Street
Los Angeles, CA 90013
(213) 992-4422
(415) 236-6300 (fax)
hhuttinger@durietangri.com
abennett@durietangri.com

Donald S. Nation
HILLIARD & SHADOWEN LLP
2407 S Congress Ave
Suite E 122
Austin, TX 78704
(855) 344-3298
(512) 233-2824 (fax)
sean@hilliardshadowenlaw.com

Steve D. Shadowen
Robert C. Hilliard
Richard M. Brunell

4

Matthew C. Weiner
Nicholas W. Shadowen
Tina Joann Miranda
HILLIARD & SHADOWEN LLP
1135 W. 6th Street
Suite 125
Austin, TX 78703
(855) 344-3298
(361) 882-3015 (fax)
steve@hilliardshadowenlaw.com
bob@hilliardshadowenlaw.com
rbrunell@hilliardshadowenlaw.com
matt@hilliardshadowenlaw.com
nick@hilliardshadowenlaw.com
tmiranda@hilliardshadowenlaw.com

Thomas M. Sobol
Gregory T. Arnold
Kristen A. Johnson
Abbye R. Klamann Ognibene
Lauren G. Barnes
HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway
Suite 301
Cambridge, MA 02142
(617) 475-1950
(617) 475-1954
(617) 482-3700
(617) 482-3003 (fax)
tom@hbsslaw.com
grega@hbsslaw.com
kristenj@hbsslaw.com
abbyeo@hbsslaw.com
lauren@hbsslaw.com

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
(206) 623-7292
(206) 623-0594 (fax)
steve@hbsslaw.com

Paul E. Slater
Eamon P. Kelly
Alberto Rodriguez
David P. Germaine
John P. Bjork
SPERLING & SLATER, P.C.
55 West Monroe Street
Suite 3200
Chicago, IL 60603
(312) 641-3200
(312) 641-6492 (fax)
pes@sperling-law.com
ekelly@sperling-law.com
arodriguez@sperling-law.com
dgermaine@sperling-law.com
jbjork@sperling-law.com

John D. Radice
Daniel E. Rubenstein
RADICE LAW FIRM
475 Wall Street
Princeton, NJ 08540
(646) 245-8502
(347) 733-4582
(609) 385-0745 (fax)
jradice@radicelawfirm.com
drubenstein@radicelawfirm.com

Jayne A. Goldstein
MILLER SHAH LLP
1625 N. Commerce Parkway
Suite 320
Ft. Lauderdale, FL 33326
(954) 515-0123
(866) 300-7367 (fax)
jagoldstein@millershah.com

Natalie F. Bennett
MILLER SHAH LLP
1845 Walnut Street
Suite 806
Philadelphia, PA 19103
(610) 891-9880

(866) 300-7367 (fax)
nfinkelman@millershah.com

Terence S. Ziegler
Joseph H. Meltzer
Donna Siegel Moffa
Jordan E. Jacobson
KESSLER TOPAZ MELTZER & CHECK LLP
280 King of Prussia Rd.,
Radnor, PA 19087
(610) 667-7706
(610) 667-7056 (fax)
tziegler@ktmc.com
jmeltzer@ktmc.com
dmoffa@ktmc.com
jjacobson@ktmc.com

Linda P. Nussbaum
Bart D. Cohen
Peter E. Moran, Jr.
NUSSBAUM LAW GROUP, P.C.
1211 Avenue of the Americas
40th Floor
New York, NY 10036-8718
(917) 438-9102
lnussbaum@nussbaumpc.com
bcohen@nussbaumpc.com
pmoran@nussbaumpc.com

Anna T. Neill
Scott E. Perwin
Lauren C. Ravkind
KENNY NACHWALTER, P.A.
Four Seasons Tower
1441 Brickell Avenue, Suite 1100
Miami, FL 33131
(305) 373-1000
(305) 372-1861 (fax)
aneill@knpa.com
sperwin@knpa.com
lravkind@knpa.com

Lee Albert

Brian P. Murray
Gregory B. Linkh
Brian D. Brooks
GLANCY PRONGAY & MURRAY LLP
230 Park Avenue
Suite 530
New York, NY 10169
(212) 682-5340
(212) 884-0988 (fax)
lalbert@glancylaw.com
bmurray@glancylaw.com
glinkh@glancylaw.com
bbrooks@glancylaw.com

Kevin F. Ruf
Lionel Z. Glancy
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East
Suite 2100
Los Angeles, CA 90067
(310) 201-9150
(310) 201-9160 (fax)
kruf@glancylaw.com
lglancy@glancylaw.com

Eugene Spector
Jeffrey Kodroff
William Caldes
Jeffrey Spector
Diana J. Zinser
SPECTOR ROSEMAN & KODROFF P.C.
2001 Market Street, Suite 3420
Philadelphia, Pennsylvania 19103
(215) 496-0300
(215) 496-6611 (fax)
espector@srkattorneys.com
jkodroff@srkattorneys.com
bcaldes@srkattorneys.com
jspector@srkattorneys.com
dzinser@srkattorneys.com

Heidi M. Silton
Karen H. Riebel

Jessica N. Servais
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401
612-339-6900
612-339-0981 (fax)
hmsilton@locklaw.com
khriebel@locklaw.com
jnservais@locklaw.com

Elizabeth C. Pritzker
Johnathan K. Levine
Bethany Caracuzzo
PRITZKER LEVINE LLP
180 Grand Avenue
Suite 1390
Oakland, CA 94612
415-692-0772
415-366-6110 (fax)
ecp@pritzkerlevine.com
jkl@pritzkerlevine.com
bc@pritzkerlevine.com

Daniel C. Hedlund
Michelle J. Looby
GUSTAFSON GLUEK PLLC
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
(612) 333-8844
(612) 339-6622 (fax)
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com

Francis O. Scarpulla
Patrick B. Clayton
LAW OFFICES OF FRANCIS O. SCARPULLA
3708 Clay Street
San Francisco, CA 94118
Telephone: (415) 751-4193
Facsimile: (415) 788-0706
fos@scarpullalaw.com
pbc@scarpullalaw.com

Dianne M. Nast
Michael S. Tarringer
Michele S. Burkholder
Joanne E. Matusko
NASTLAW LLC
1101 Market Street, Suite 2801
Philadelphia, PA 19107
Telephone: (215) 923-9300
Fax: (215) 923-9302
dnast@nastlaw.com
mtarringer@nastlaw.com
mburkholder@nastlaw.com
jmatusko@nastlaw.com

Michael L. Roberts
Dr. Kelly Rinehart
Morgan Hunt
ROBERTS LAW FIRM, P.A.
1920 McKinney Avenue, Suite 700
Dallas, TX 75201
Telephone: (501) 952-8558
mikeroberts@robertslawfirm.us
kellyrinehart@robertslawfirm.us
morganhunt@robertslawfirm.us

Sarah E. DeLoach
ROBERTS LAW FIRM, P.A.
20 Rahling Circle
Little Rock, AR 72223
(501) 821-5575
sarahdeloach@robertslawfirm.us

Erich P. Schork
ROBERTS LAW FIRM, P.A.
6300 N Northwest Hwy., Unit 31909
Chicago, IL 60631
(312) 810-5824
erichschork@robertslawfirm.us

Alan H. Rolnick
Charles Edward Whorton
David Lee DaPonte

Jorge Alejandro Mestre
Andres Rivero
RIVERO MESTRE LLP
2525 Ponce de Leon Blvd. Suite 1000 Coral Gables, FL 33134
arolnick@riveromestre.com
cwhorton@riveromestre.com
ddaponte@riveromestre.com
jmestre@riveromestre.com
arivero@riveromestre.com

Michael P. Lehmann
Bonny E. Sweeney
Seth R. Gassman
HAUSFELD LLP
600 Montgomery St., Suite 3200
San Francisco, CA 94111
(415) 633-1908
(415) 358-4980 (fax)
mlehmann@hausfeld.com
bsweeney@hausfeld.com
sgassman@hausfeld.com

Eric L. Bloom
Monica L. Kiley
HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER
2805 Old Post Rd., Ste 100
Harrisburg, PA 17110
(717)-364-1030
ebloom@hangley.com
mkiley@hangley.com

Barry L. Refsin
Caitlin V. McHugh
Alexander J. Egervary
Chelsea M. Nichols
HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER
One Logan Square, 27th Floor
Philadelphia, PA 19103
(215)-568-6200
brefsin@hangley.com
cmchugh@hangley.com
aegervary@hangley.com
cnichols@hangley.com

William F. Murphy
DILLINGAM & MURPHY LLP
601 Montgomery Street, Suite 1900
San Francisco, CA 94111
(415) 397-2700
(415) 397-3300 (fax)
wfm@dillinghammurphy.com

                                        */s/ Augusta S. Dowd*
                                        Of Counsel