# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| RICHARD WHITLEY,<br><br>　Movant,<br><br>　v.<br><br>KPH HEALTHCARE SERVICES, INC., *et al.*<br><br>　Respondents. | **Case No.** 2:22-mc-00276-MHH |

### ORDER ON NON-PARTY DR. RICHARD J. WHITLEY'S MOTION FOR LEAVE TO FILE OPPOSITION TO RESPONDENTS' MOTION TO TRANSFER UNDER SEAL

　　Before the Court is Non-Party Dr. Richard J. Whitley's Unopposed Motion for Leave to File Opposition to Respondents' Motion to Transfer Under Seal. The Court grants the motion in part. The Clerk shall please maintain under seal Dr. Whitley's unredacted response. Dr. Whitley shall file in the open record a redacted copy of his response, using the guidance below.

| Documents | Portions to be Redacted | Reason for Redacting |
|---|---|---|
| Non-Party Dr. Richard J. Whitley's Opposition to Respondents' Motion to Transfer Dr. Whitley's Opposed Motion to Quash | Page 3 (beginning after "purported involvement in" and ending at "(Doc. 5, p. 4).")<br><br>Page 3 (beginning after "(Doc. 5, p. 4)." and | Motion references non-public, sensitive information regarding Gilead Sciences, Inc.'s ("Gilead's") internal strategy and practices regarding decision- |

| | | |
|---|---|---|
| | ending at "is an extremely narrow") | making with respect to settlement of litigation. |
| | Page 4 (beginning after "documents pertain to" and ending at "(Doc. 6, ¶ 12).") | |
| | Page 4 (beginning after "any involvement in" and ending at "or in evaluating") | |
| | Page 4 (beginning after "about his involvement in" and ending at "(Doc. 11, p.5)") | |
| | Page 4 (beginning after "no recollection of" and ending at ", unlike Dr. Whitley") | |
| | Page 4 (beginning after "possession related to" and ending at "O'Shaughnessy Decl. Ex. 1 at 2.") | |
| | Page 4 n.1 (beginning after "documents related to" and ending at "and Dr. Whitley's") | |
| | Page 10 (beginning after "involvement and knowledge of" and ending at "and the | |

2

|  | burden that") |  |

**DONE** and **ORDERED** this March 29, 2022.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE